# EXHIBIT K



BOY SCOUTS OF AMERICA®
NATIONAL COUNCIL

Steven P. McGowan
General Counsel
steve.mcgowan@Scouting.org

November 2, 2017

**BY ELECTRONIC MAIL**
Jennifer Rochon
General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New Your, New York 10018-2798

Dear Jennifer:

Thank you for your letter of November 1. On behalf of the Orange County Council
and the Boy Scouts of America, please accept our apologizes for this inadvertent
use of your legally protected brand. As you know, many of our volunteers and
non-lawyer employees to do recognize the limitation of the use of trademarks or
intellectual property and we welcome the opportunity to not only correct, but to
educate our leaders.

As I indicated on the voicemail, upon receipt we immediately took steps to inform
and assist the local council in taking corrective action. A list of those to whom the
flyer was sent is being complied. All of them will be sent a message meeting the
criteria outlined in your letter. Those responsible have also been informed that
that your legally protected brands must not be used in any fashion without prior
permission or in any manner that implies permission or affiliation with your
organization.

Again, we apologize for this unfortunate error and thank you for bringing it to our
attention in such a professional manner. If I do not have the opportunity before
the onset of the holiday season, I wish you and your family enjoyable best wishes.

Very truly yours,

Steven P. McGowan

cc:    Jeff Hermann
       Mike Surbaugh

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org

Prepared. For Life.®

