UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Girl Scouts of the United States of America      Plaintiff,<br><br>-v-<br><br>Boy Scouts of America<br>                                                                    Defendant. | Case No. 1:18-cv-_____<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Girl Scouts of the United States of America__        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

N/A

Date:  11/06/18

Signature of Attorney

Attorney Bar Code: BE-0724

Form Rule7_1.pdf  SDNY Web 10/2007