

BRUCE R. EWING<br>
Partner<br>
(212) 415-9206<br>
FAX (212) 953-7201<br>
Ewing.bruce@dorsey.com

February 1, 2019

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007-1312

> Re:   *Girl Scouts of the United States of America v. Boy Scouts of America*
>       18-cv-10287 (AKH)

Dear Judge Hellerstein:

    We are counsel to plaintiff Girl Scouts of the United States of America ("GSUSA"), and we write to follow up on certain matters discussed at last week's scheduling conference with the Court.

    The parties have conferred on a civil case management plan using the form promulgated by the Court, and taking into account the guidance Your Honor provided last week, and we anticipate submitting that plan to the Court for approval.

    In addition, during last week's conference, the Court denied the motion filed by defendant Boy Scouts of America to dismiss a portion of GSUSA's claims [Dkt. 18-20], but the Court has yet to enter an order to that effect.  Because the deadline for GSUSA to oppose the motion is next week, GSUSA respectfully requests that the Court enter an order denying the motion to dismiss and deferring the issues it raises to a time at or after the pre-trial conference.

                                    Respectfully Submitted,

                                    /s/ *Bruce R. Ewing*

                                  Bruce R. Ewing

Cc:  All Counsel of Record (by ECF)