UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIRL SCOUTS OF THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BOY SCOUTS OF AMERICA,<br><br>        Defendant. | Case No. 1:18-cv-10287 (AKH)<br><br>**RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANT BOY SCOUTS OF AMERICA** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Boy Scouts of America (the "BSA"), through its attorneys, hereby certifies the following: The BSA has no parent company, and no publicly held corporation owns 10% or more of the BSA's stock.

Dated:  February 8, 2019　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:  /s/ *Rachel Kassabian*
　　　　　　　　　　　　　　　　　　　　　Rachel Kassabian (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　rachelkassabian@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART & SULLIVAN, LLP
　　　　　　　　　　　　　　　　　　　　　555 Twin Dolphin Drive 5th Floor
　　　　　　　　　　　　　　　　　　　　　Redwood Shores, CA 94065
　　　　　　　　　　　　　　　　　　　　　Telephone: (650) 801-5000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (650) 801-5100

　　　　　　　　　　　　　　　　　　　　　Todd Anten
　　　　　　　　　　　　　　　　　　　　　toddanten@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　　　Jessica A. Rose
　　　　　　　　　　　　　　　　　　　　　jessicarose@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART & SULLIVAN, LLP
　　　　　　　　　　　　　　　　　　　　　51 Madison Avenue, 22nd Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10010
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 849-7000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (212)  849-7100

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Boy Scouts of America*