

**DORSEY**
always ahead

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/19

BRUCE R. EWING
Partner
(212) 415-9206
FAX (212) 953-7201
Ewing.bruce@dorsey.com

March 5, 2019

*So ordered. The Clerk is respectfully directed to terminate the motion at ECF No. 18.*

*/s/ Alvin K. Hellerstein*
*3/5/2019*

**BY ECF AND FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Girl Scouts of the United States of America v. Boy Scouts of America*
       18-cv-10287 (AKH)

Dear Judge Hellerstein:

We are counsel to Girl Scouts of the United States of America in the above-captioned matter. We write regarding defendant Boy Scouts of America's Motion to Dismiss, *see* Dkt. 18, and the parties' subsequent correspondence with Your Honor regarding the motion, *see* Dkt. 23 and 24. In order to clarify the record, we respectfully request that Your Honor issue an order closing out defendant's motion, so that the docket reflects that it is no longer pending.

Respectfully Submitted,

/s/ *Bruce R. Ewing*

Bruce R. Ewing

Cc:  All Counsel of Record (by ECF)