USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
Girl Scouts of the United States of America,     :
:
                                  Plaintiff,     :
:
      -against-     :
:
Boy Scouts of America,     :
:
                                  Defendant.     :
:
------------------------------------------------------------- X

**ORDER ON DISOVERY**

18 Civ. 10287 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Girl Scouts of the United States of America ("GSUSA") and Boy Scouts of America ("BSA"), by joint letter, submit for resolution various discovery issues. The Court's rulings on these issues follow:

1. <u>Time Period to Complete Document Production in Response to Parties' First Set of Discovery Requests</u>

        Parties shall complete all of their document production in response to their first sets of discovery requests by June 28, 2019.

2. <u>BSA's Declaration of Withheld Production and the Basis for Any Withholding</u>

        To the extent that GSUSA has not met and conferred with BSA on the scope and basis of any withheld production, its request is denied as premature.

3. <u>GSUSA Document Request No. 36: Quality of Services</u>

    BSA's offered production on this request is sufficient.

4. <u>GSUSA Document Request No. 37: Public Perception Documents</u>

    The scope BSA's offered production on this request is sufficient.

5. <u>GUSA Document Request No. 38: Consumer Complaints About Programs</u>

    BSA's offered production on this request, co-extensive with its production in response to RFP 36, is sufficient.

6. <u>GSUSA Document Request No. 40: Efforts to Improve Public Perceptions</u>

    BSA's offered production on this request is sufficient.

7. <u>GSUSA Interrogatory No. 15: People Knowledgeable About Complaints</u>

    To the extent that BSA's amended response is insufficient, the GSUSA's request is denied as premature, since the parties have not yet met and conferred on the issue.

8. <u>GUSA's Document Request No. 14: "Any" Documents Mentioning Girl Scout Marks After January 1, 2016</u>

    GSUSA's Document Request No. 14 subpart (iv) is denied as disproportionate and unduly burdensome. BSA's production relating to other requests is sufficiently responsive.

2

9. <u>GSUSA Document Request No. 27: Product Packaging</u>

BSA's offered production on this request is sufficient.

10. <u>BSA Request No. 40</u>

GSUSA shall produce responsive documents that can be located with reasonable diligence, existing as of January 1, 2011 to the present.

11. <u>BSA Requests for Reciprocity</u>

With respect to various requests for reciprocity, the Court observes that, to the extent requests are relevant to one party, the same or similar request may be relevant to the other. Nevertheless, because the BSA has not formally made these requests, any assessment of them is premature.

The Clerk is instructed to terminate the motion (ECF 36).

SO ORDERED.

Dated: June 6, 2019
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge