UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIRL SCOUTS OF THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BOY SCOUTS OF AMERICA, <br><br> Defendant. | Case No. 1:18-cv-10287 (AKH) |

**NOTICE OF DEFENDANT BOY SCOUTS OF AMERICA'S MOTION TO EXCLUDE THE REPORT, TESTIMONY AND OPINIONS OF LAUREN KINDLER**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant the Boy Scouts of America's (the "BSA") Motion to Exclude the Report, Testimony and Opinions of Lauren Kindler and all other documents of record, the undersigned will move before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order granting the BSA's motion to exclude the report, testimony and opinions of Lauren Kindler, and for such other and further relief as the Court may deem just and proper.

Pursuant to Your Honor's Rule of Individual Practices 2.C, attached hereto please find a table of declarations and accompanying exhibits that support the BSA's Motion, which have been filed in connection with the BSA's Motion for Summary Judgment.

Dated:  November 24, 2020,          Respectfully submitted,

By:  Rachel Kassabian
     Rachel Kassabian (*pro hac vice*)
     rachelkassabian@quinnemanuel.com
     Margret M. Caruso
     margretcaruso@quinnemanuel.com
     QUINN EMANUEL URQUHART & SULLIVAN, LLP

1

555 Twin Dolphin Drive 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5005
Facsimile: (650) 801-5100

Todd Anten
toddanten@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212)  849-7100

*Attorneys for Defendant Boy Scouts of America*

## Table of Declarations and Exhibits

1. Declaration of Michael Ramsey, dated November 23, 2020.

2. Declaration of Dylan I. Scher, dated November 24, 2020, and Exhibits SSSSS, AAAAAA, BBBBBB, OOOOOO, PPPPPP, WWWWWW, JJJJJJ, RRRRRRR, and UUUUUUU attached thereto.