UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIRL SCOUTS OF THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>BOY SCOUTS OF AMERICA,<br><br>    Defendant. | Case No. 1:18-cv-10287 (AKH) |

**NOTICE OF DEFENDANT BOY SCOUTS OF AMERICA'S
MOTION FOR RULE 37 SANCTIONS AGAINST PLAINTIFF
<u>GIRL SCOUTS OF THE UNITED STATES OF AMERICA</u>**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Boy Scouts of America's (the "BSA") Motion for Rule 37 Sanctions Against Plaintiff Girl Scouts of the United States of America, the Declaration of Sara Jenkins and the exhibits thereto, and all other documents of record, the undersigned will move before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order granting the BSA's motion for sanctions pursuant to Fed. R. Civ. P. 37(b) and (c) and seeking: (i) its reasonable attorney's fees and costs incurred as a result of GSUSA's actions; (ii) monetary penalties to discourage and deter such misconduct in the future; and (iii) such other relief as the Court deems just and proper.

Pursuant to Your Honor's Rule of Individual Practices 2.C, attached hereto please find a table of declarations and accompanying exhibits that will be filed in support of the BSA's motion.

Dated:  December 31, 2020    Respectfully submitted,

                By: _/s/ Rachel Kassabian_
                   Rachel Kassabian (*pro hac vice*)

1

rachelkassabian@quinnemanuel.com
Margret M. Caruso
margretcaruso@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5005
Facsimile: (650) 801-5100

Todd Anten
toddanten@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Boy Scouts of America*

2

**Table of Declarations and Exhibits**

1. Declaration of Sara Jenkins, dated December 31, 2020, with Exhibits A – AAA attached thereto.