UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
:
GIRL SCOUTS OF THE UNITED STATES OF : **ORDER REGULATING**
AMERICA, : **PROCEEDINGS**
:
                       Plaintiff, : 18 Civ. 10287 (AKH)
:
   v. :
:
:
BOY SCOUTS OF AMERICA, :
:
                      Defendant. :
:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The following motions are pending before the Court:

- Defendant's Motion to Exclude the Report, Testimony, and Opinions of Lauren Kindler. ECF No. 91.

- Defendant's Motion to Exclude the Report, Testimony, and Opinions of Eugene Ericksen. ECF No. 95.

- Defendant's Motion for Summary Judgment. ECF No. 97.

- Plaintiff's Motion to Seal. ECF No. 141.

- Defendant's Motion for Sanctions. ECF No. 150.

- Plaintiff and non-party Mercury Public Affairs LLC's Motion to Seal. ECF No. 163.

        Since the outbreak of the COVID-19 pandemic, courts have faced difficulties caused by the remote conduct of court businesses in evaluating sealed documents.[1] In light of these difficulties and the voluminous sealed documents implicated in the instant case, it would be

---

[1] *Cf.* Jacob Gershman & Byron Tau, *Coronavirus Disrupts U.S. Court System*, WALL ST. J. (Mar. 17, 2020), https://www.wsj.com/articles/coronavirus-disrupts-u-s-court-system-11584445222.

in the interest of justice and judicial efficiency to hold a virtual conference with the parties to resolve the pending matters.

The parties are hereby ordered to appear for a 2-hour virtual conference on February 22, 2021, at 11:30 a.m., using Microsoft Teams, with log-in information to be provided by the Court.  During the conference and for motions relating to striking and sealing, the parties shall use Microsoft Teams to display each document in issue, with the specific portions for striking and sealing clearly marked, as the focus of their arguments.  The parties shall assign exhibit numbers, or letters, prior to the conference.

One week prior to the conference, the parties shall email the exhibits, marked and indicating the portions in issue, to hellersteinnysdchambers@nysd.uscourts.gov and board@sdreporters.com.

SO ORDERED.

Dated:	January 25, 2021	_____/s/_____
New York, New York	ALVIN K. HELLERSTEIN
United States District Judge