**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100

WRITER'S DIRECT DIAL NO.
(650) 801-5005

WRITER'S EMAIL ADDRESS
rachelkassabian@quinnemanuel.com

February 5, 2021

> Defendant requests emergency sealing of documents already made public. Sealing is denied for failure to comply with Rule 4(B) the Court's Individual Rules and failure to identify any rationales supporting sealing. The Clerk is instructed to terminate ECF No. 193. SO ORDERED.
> /s/ Alvin K. Hellerstein
> Feb. 5, 2021

**VIA ECF**
The Honorable Alvin K. Hellerstein
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007-1312

Re:   *Girl Scouts of the United States of America v. Boy Scouts of America*, No. 18-cv-10287

Dear Judge Hellerstein:

We represent defendant Boy Scouts of America (the "BSA") in the above-referenced action. We write pursuant to Rule 21.7(b) of the Electronic Case Filing Rules and Instructions and the Court's Individual Rule 4 to ask that the following documents be sealed: (1) the BSA's Reply Brief in Support of Its Motion for Summary Judgment [Dkt. 184]; (2) the BSA's 56.1 Reply and Counterstatement Response [Dkt. 185]; and (3) Exhibit GGGGGGGG to the Anten Declaration [Dkt. 183-5]. Due to an inadvertent error, some information that should have been redacted from these documents was not properly redacted.

These documents are included in the pending sealing letter that the BSA filed in connection with its Reply Brief in Support of Its Motion for Summary Judgment.  *See* Dkt. 186.  Plaintiff Girl Scouts of the United States of America has filed a letter supporting the sealing of these documents. *See* Dkt. 190. We contacted the ECF Help Desk requesting that these documents be temporarily sealed pending a Sealing Order from the Court.

We therefore ask that the Court seal Dkts. 183-5, 184, and 185. Upon the issuance of a Sealing Order, the BSA will file public versions of these documents that correct the inadvertent redaction errors noted above.

The BSA thanks the Court for its time and attention to this matter.

Respectfully submitted,

*Rachel Kassabian*

Rachel Kassabian

*Attorneys for Defendant Boy Scouts of America*

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART