quinn emanuel trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5005**

WRITER'S EMAIL ADDRESS
rachelkassabian@quinnemanuel.com

February 18, 2021

**BY ECF**
The Honorable Alvin K. Hellerstein
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Girl Scouts of the United States of America v. Boy Scouts of America*, No. 18-cv-10287

Dear Judge Hellerstein:

We represent Defendant Boy Scouts of America (the "BSA") in the above-captioned action. We write to request a one-week adjournment of the virtual conference currently scheduled for February 22, 2021 at 11:30 a.m. [ECF No. 179]. The BSA makes this request due to a medical emergency involving an immediate family member of the BSA's outside counsel. The BSA therefore respectfully submits that good cause exists to adjourn the conference by one week to March 1, 2021, or another date thereafter that is convenient for the Court.

This is the BSA's first request for an adjournment, and no other deadlines will be affected. Plaintiff Girl Scouts of the United States of America consents to the BSA's request.

We thank the Court for its understanding in these difficult circumstances.

Respectfully submitted,

*Rachel Kassabian*

Rachel Kassabian

*Attorneys for Defendant Boy Scouts of America*

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART