UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
:
:
GIRL SCOUTS OF THE UNITED STATES OF  : **ORDER DENYING MOTIONS**
AMERICA,                             : **TO EXCLUDE**
:
Plaintiff,       : 18 Civ. 10287 (AKH)
:
v.                         :
:
:
:
BOY SCOUTS OF AMERICA,               :
:
Defendant.       :
:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant moved to exclude the reports, testimonies, and opinions of Ms. Lauren Kindler and Dr. Eugene Ericksen.  *See* ECF Nos. 91, 95.  The Court held a hearing on the motions on March 3, 2021.  At this stage of the litigation, with Defendant's motion for summary judgment pending (ECF No. 97), the Court finds that the experts' reports, testimonies, and opinions are relevant to the issues raised by Defendant's motion for summary judgment.  For the foregoing reasons, as well as those stated at the hearing, Defendant's motions to exclude are denied, without prejudice to its ability to move *in limine* before trial.  *See* Fed. R. Evid. 702.

      The Clerk of Court shall terminate the open motions (ECF Nos. 91, 95).

SO ORDERED.

Dated:   March 3, 2021          _____/s/_____
           New York, New York       ALVIN K. HELLERSTEIN
                                                           United States District Judge