UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                        :

GIRL SCOUTS OF THE UNITED STATES OF    :   **ORDER DENYING MOTIONS**
AMERICA,                                                :   **TO SEAL OR REDACT**

                          Plaintiff,           :   18 Civ. 10287 (AKH)

     v.

BOY SCOUTS OF AMERICA,

                       Defendant.

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties moved to file voluminous documents under seal or with redactions on the public record. *See* ECF Nos. 153, 163, 173, 186, 195, 198, 207, and 208. On March 3, 2021, I heard the parties on these motions, and on previous orders ordering sealing, *see* ECF Nos. 115, 116, 120 162, 166, and 204, on March 3, 2021. After full review, I held that the high threshold for sealing or redacting judicial documents, *see* Order, March 2, 2021, ECF No. 217, was not satisfied, both in the pending motions and in previous orders, and those previous orders are now vacated. The single exception are personal identities of individuals mentioned in filed papers. *See* Fed. R. Civ. P. 5.2. As to these, anonymous references are to be used and are to be identified in a glossary filed under seal.

        Accordingly, the parties are ordered to refile all documents referred to in this order, and to file a glossary of redacted names, consistent with this order. The Clerk of Court shall terminate the open motions (ECF Nos. 153, 163, 173, 186, 195, 198, 207, and 208), and vacate previous orders (ECF Nos. 115, 116, 120 162, 166, and 204)

There now should be only two open motions: Defendant's motion for sanctions (ECF No. 150), and Defendant's motion for summary judgment (ECF No. 97).

SO ORDERED.

Dated:    March 4, 2021           _____/s/_____
            New York, New York      ALVIN K. HELLERSTEIN
                                                    United States District Judge