

BRUCE R. EWING
Partner
(212) 415-9206
FAX (212) 953-7201
ewing.bruce@dorsey.com

July 27, 2021

> Oral argument is hereby adjourned to September 15, 2021, at 10:30 a.m.
>
> So Ordered.
> /s/ Hon. Alvin K. Hellerstein
> August 4, 2021

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007-1312

   Re: *Girl Scouts of the United States of America v. Boy Scouts of America*
     <u>18-cv-10287 (AKH)</u>

Dear Judge Hellerstein:

  We write on behalf of plaintiff Girl Scouts of the United States of America ("Girl Scouts") regarding the rescheduling of the oral argument on the motion for summary judgment filed by defendant Boy Scouts of America ("the BSA").  That argument was set to have occurred today, but it was adjourned to August 11 at 2:30 p.m. by Order of the Court issued yesterday.  *See* Dkt. 252.

  Unfortunately, I am unavailable on August 11 because of a prior conflict.  Indeed, I am supposed to be on a plane almost all of August 11, and as I am set to argue on behalf of Girl Scouts at the upcoming hearing, my attendance is necessary.

  Accordingly, we write to request that the argument be rescheduled for August 10 or August 20, 2021, dates that work for both parties and their counsel.  If those two dates are not convenient for the Court, there are no other dates prior to September 15 on which the parties and both of their counsel are available.

  Counsel for the BSA has consented to the requested adjournment.

  We thank the Court for its attention to this matter.

           Respectfully Submitted,

          /s/ *Bruce R. Ewing*

          Bruce R. Ewing

Cc:  All Counsel of Record (by ECF)