**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GIRL SCOUTS OF THE UNITED STATES OF
AMERICA,

                      Plaintiff,

    -against-                                    18 **CIVIL** 10287 (AKH)

                                                          **JUDGMENT**

BOY SCOUTS OF AMERICA,

                      Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 7, 2022, Boy Scouts' motion for summary judgment is granted. Girl Scouts' complaint is dismissed. Judgment is entered in favor of Defendant; accordingly, the case is closed.

**Dated:** New York, New York

       April 7, 2022

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                     **BY:**
                                                           **Deputy Clerk**