UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GIRL SCOUTS OF THE UNITED STATES OF AMERICA,

                    Plaintiff,

-v-

BOY SCOUTS OF AMERICA,

                    Defendant.

-----------------------------------------------------------------X

Case No.: 18-CV-10287 (AKH)

**NOTICE OF APPEAL**

    Notice is hereby given that Girl Scouts of the United States of America, plaintiff in the above-named action, hereby appeals to the United States Court of Appeals for the Second Circuit from the April 7, 2022 Opinion and Order, Dkt. 259, and accompanying April 7, 2022 Judgment, Dkt. 260, granting the motion for summary judgment of defendant Boy Scouts of America and entering judgment for defendant.

Dated:    New York, New York
               May 6, 2022

                                                    DORSEY & WHITNEY LLP

                                      By:  /s/ *Bruce R. Ewing*
                                               Bruce R. Ewing
                                               Fara S. Sunderji
                                               Jonathan Montcalm
                                               51 West 52nd Street
                                               New York, New York 10019
                                               (212) 415-9200

                                               *Attorneys for Plaintiff*
                                               *Girl Scouts of the United States of America*

4837-4115-1999\1