**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100

WRITER'S DIRECT DIAL NO.
(650) 801-5005

WRITER'S EMAIL ADDRESS
rachelkassabian@quinnemanuel.com

July 22, 2022

**BY ECF**
The Honorable Alvin K. Hellerstein
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> The request is granted and the motion for fees is dismissed without prejudice. If the settlement is not consummated, Defendant may refile its motion and I will consider the matter fully briefed. The Clerk shall terminate ECF No. 261. So ordered.
> /s/ Alvin K. Hellerstein
> August 3, 2022

Re: *Girl Scouts of the United States of America v. Boy Scouts of America*, No. 18-cv-10287

Dear Judge Hellerstein:

We write on behalf of the Boy Scouts of America (the "BSA").

The parties in the above-captioned action have reached an agreement to resolve what remains of this dispute. The settlement will be submitted to the United States Bankruptcy Court for the District of Delaware for approval and, once approved, will resolve all pending matters before this Court and the United States Court of Appeals for the Second Circuit. *See In re Boy Scouts of Am.*, Case No. 20-10343 (LSS) (Bankr. D. Del.).

Accordingly, pursuant to the parties' agreement, the BSA hereby requests that this Court stay any ruling or other action on the BSA's pending Motion for Attorneys' Fees And Related Nontaxable Expenses (Dkt. 261), pending approval of the settlement by the United States Bankruptcy Court for the District of Delaware. Upon approval, the parties will promptly notify this Court.

Respectfully submitted,

Rachel Kassabian

*Attorneys for Defendant Boy Scouts of America*

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART